ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| D&J Machinery, Inc. | ) ASBCA No. 62019 |
| | ) |
| Under Contract No. W912EP-15-C-0022 | ) |

APPEARANCES FOR THE APPELLANT:    Karl Dix, Jr., Esq.
    Jeanne M. Harrison, Esq.
    Lochlin B. Samples, Esq.
      Smith, Currie & Hancock LLP
      Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
      Engineer Chief Trial Attorney
    Bruce E. Groover, Esq.
    Susan E. Symanski, Esq.
    Kristin M. Bigham, Esq.
    James M Zaleski, Esq.
      Engineer Trial Attorneys
      U.S. Army Engineer District, Jacksonville

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 16, 2023

_____
OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62019, Appeal of D&J Machinery, Inc., rendered in conformance with the Board's Charter.

Dated:  August 17, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals